# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARIA WILLIAMS-BELL, on behalf of herself, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BRITISH STANDARDS INSTITUTION, INC., <br><br> Defendant. | No. 18-cv-05386 <br><br> Judge John F. Kness |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ _____ ,

which ☐ includes _____ pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant BRITISH STANDARDS INSTITUTION, INC.
and against plaintiff MARIA WILLIAMS-BELL.

Defendant shall recover costs from plaintiff.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge John F. Kness on a motion for summary judgment.

Date: March 31, 2021

_____
JOHN F. KNESS
United States District Judge